**No. 10-8559. In re Brian Mackey, Petitioner.**

562 U.S. 1255, 131 S. Ct. 1580, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1762.

February 28, 2011. Petition for writ of mandamus denied.

**No. 10-8751. In re Alejandro Espinoza, Petitioner.**

562 U.S. 1255, 131 S. Ct. 1588, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1739.

February 28, 2011. Petition for writ of mandamus denied.

**No. 09-10810. Gable Hall, Petitioner v. Ana Boatwright, Warden.**

562 U.S. 1265, 131 S. Ct. 1593, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1721.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6053.

**No. 10-573. Shepherd Montessori Center Milan, Petitioner v. Ann Arbor Charter Township, et al.**

562 U.S. 1265, 131 S. Ct. 1594, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1887.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1137, 131 S. Ct. 928, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 96.

**No. 10-583. John Ayanbadejo, et ux., Petitioners v. Janet Napolitano, Secretary of Homeland Security, et al.**

562 U.S. 1265, 131 S. Ct. 1594, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1768.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1138, 131 S. Ct. 933, 178 L. Ed. 2d 753, 2011 U.S. LEXIS 397.

**No. 10-628. Kevin J. O'Connor, Petitioner v. Colorado College, et al.**

562 U.S. 1265, 131 S. Ct. 1594, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1782.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1139, 131 S. Ct. 943, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 575.

**No. 10-642. Phanendharnadh L. N. Kone, Petitioner v. Virginia Department of State Police.**

562 U.S. 1265, 131 S. Ct. 1594, 179 L. Ed. 2d 491, 2011 U.S. LEXIS 1837.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1139, 131 S. Ct. 945, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 316.